# UNITED STATES BANKRUPTCY COURT
## Western District of Texas

Bankruptcy Case No.: 21−50453−cag

Chapter No.: 7

Judge: Craig A. Gargotta

IN RE: **TeamBuilders Counseling Services, Inc.**, Debtor(s)

## ORDER FIXING LAST DATE FOR FILING PROOFS OF CLAIM, COMBINED WITH NOTICE THEREOF

Notice having been previously given that creditors of the above−named debtors were not required to file proofs of claim, and it now appearing that a possible dividend may be declared for creditors at a later date, it is ORDERED, AND NOTICE HEREBY GIVEN THAT

**7/14/21** is hereby fixed as the last date for filing of proofs of claim by any creditor of the above−named debtors who desires to have his claim allowed so that he may share in any distribution to be paid from the estate. A proof of claim filed by a governmental unit is timely filed if it is filed not later than 180 days after the date of the order for relief. Creditors and governmental units must file a claim, whether or not they are included in the list of creditors filed by the debtors, no later than the date above fixed or their claim will not be allowed, except as otherwise provided by law. Claims may be filed using the court's Online Claim Filing System without having to complete a paper proof claim form. This is located on the Bankruptcy Court's Website: http://www.txwb.uscourts.gov.

*Those filers who do not have access to the internet may obtain an official B410 Proof of Claim form at any bankruptcy clerk's office and submit it to the following:*

MAIL ORIGINAL PROOF OF CLAIM TO:

U. S. BANKRUPTCY COURT
615 E. HOUSTON STREET, ROOM 597
SAN ANTONIO, TX 78205

MAIL COPY OF PROOF OF CLAIM TO:

John Patrick Lowe
2402 East Main Street
Uvalde, TX 78801

You are further notified that if a distribution is to be declared for creditors, it will not be made until conclusion of the administration of this estate by the trustee. At a later date, you will be given notice of, and an opportunity to object to, the trustee's final report and accounting.

**** ANY CLAIMANT WHO HAS PREVIOUSLY FILED A CLAIM IN THESE PROCEEDINGS IS NOT REQUIRED TO RE−FILE SAME AND MAY DISREGARD THIS NOTICE.

Dated: 4/16/21

Barry D. Knight
Clerk, U. S. Bankruptcy Court

[Set Bar Date Notice/Order] [Ntcosbrdtapac]

United States Bankruptcy Court
Western District of Texas

In re: Case No. 21-50453-cag
TeamBuilders Counseling Services, Inc. Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0542-5 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Apr 16, 2021 | Form ID: 148 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | TeamBuilders Counseling Services, Inc., 280 Thompson Dr., Kerrville, TX 78028-5901 |
| 18165703 | + | G.V., c/o Curtis & Co., 215 Central Ave. Northwest, Third Floor, Albuquerque, NM 87102-3318 |
| 18165705 | | United States Attorney, Taxpayer Division, 601 N.W. Loop 410 Suite 600, San Antonio, TX 78216-5512 |
| 18165706 | | United States Attorney General, 950 Pennsylvania Ave., NW, Washington, DC 20530-0001 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QJPLOWE.COM | Apr 17 2021 02:58:00 | John Patrick Lowe, 2402 East Main Street, Uvalde, TX 78801-4943 |
| ust | | Email/Text: USTPRegion07.SN.ECF@usdoj.gov | Apr 16 2021 23:46:00 | United States Trustee - SA12, US Trustee's Office, 615 E Houston, Suite 533, PO Box 1539, San Antonio, TX 78295-1539 |
| 18165704 | | EDI: IRS.COM | Apr 17 2021 02:58:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 18, 2021    Signature:    /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2021 at the address(es) listed below:
**Name**    **Email Address**

District/off: 0542-5 | User: admin | Page 2 of 2
Date Rcvd: Apr 16, 2021 | Form ID: 148 | Total Noticed: 7

John Patrick Lowe
    pat.lowe.law@gmail.com plowe@ecf.axosfs.com

United States Trustee - SA12
    USTPRegion07.SN.ECF@usdoj.gov

William R. Davis, Jr
    on behalf of Debtor TeamBuilders Counseling Services Inc. wrdavis@langleybanack.com, msolberg@langleybanack.com

TOTAL: 3